González et al., Demandantes y Apelantes, *v.* Hernández, Demandado y Apelado.

Apelación procedente de la Corte de Distrito de San Juan, Segundo Distrito, en pleito sobre nulidad y reivindicación. Moción solicitando la desestimación del recurso.

No. 2684.—Resuelto en abril 4, 1922.

Desestimación de Apelación — Notificación de la Apelación. — No procede desestimar una apelación por el fundamento de no haber sido notificada del

establecimiento del recurso una de las partes demandadas, cuando los autos no muestran que tal parte, por ser realmente interesada en la contienda, podría ser afectada por una sentencia revocatoria.

Los hechos están expresados en la opinión.

Abogado de los apelantes: *Sr. A. Marín Marién.*

Abogado del apelado: *Sr. L. Méndez Vaz.*

EL JUEZ ASOCIADO SR. ALDREY, emitió la opinión del tribunal.

Los demandantes apelaron una resolución que anuló y dejó sin efecto un embargo que a su instancia fué decretado y trabado en bienes de sus demandados Agustín Hernández Mena y Juana Lliteras García. La apelación fué notificada al abogado de éstos, quienes nos piden que la desestimemos por no haber sido notificada también al Tesorero de Puerto Rico, que es otro de los demandados a quien, según se dice, puede perjudicar la resolución que dictemos por virtud de la apelación.

Según resulta de los papeles que tenemos ante nosotros la demanda original no fué establecida contra el Tesorero de Puerto Rico y fué por virtud de una resolución de excepciones previas a la demanda que los demandantes lo incluyeron en su demanda enmendada, pero no teniendo esa demanda ante nosotros no podemos apreciar el interés que pueda tener el Tesorero de Puerto Rico en que no se trabe embargo en los bienes de los otros demandados, ni tampoco de otra manera se nos demuestra que pueda perjudicarle la resolución que dictemos, si es revocatoria. La apelación sólo tiene que ser notificada a la parte a quien pueda afectar nuestra resolución. *Candelas* v. *Ramírez,* 20 D. P. R. 34; *Galafar* v. *Sucesión Morales,* 22 D. P. R. 491; *Aponte* v. *Freiría,* 19 D. P. R. 1167.

*Sin lugar la moción.*

Jueces concurrentes: Sres. Presidente del Toro, y Asociados Wolf y Hutchison.